**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

(212) 416-8645
FAX (212) 416-6009
JOEL.GRABER@AG.NY.GOV

*VIA ECF*

January 6, 2011

Hon. Robert M. Levy
United States Magistrate Judge,
  Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

> Re: **NAACP v. N.Y. State Bd. of Elections**
>     E.D.N.Y. 10 Civ. 2950 (FB)(RML)

Your Honor:

    We are writing on behalf of State defendants, per Your Honor's Individual Motion Practices § 1(E), to request a further extension of time to respond to plaintiffs' motion for an order directing the State Board to issue certain instructions to the local boards regarding the production of election materials.

    The State's response is now due on January 6, 2011, and the parties agree to a further extension to February 11, 2011. Plaintiffs and the State have continued to pursue resolving discovery issues, including enlisting the cooperation of the local boards, without the need for judicial intervention.

    Counsel for plaintiffs, Eric P. Brown, Esq., Jenner & Block LLP, consents to this request.

    We appreciate Your Honor's consideration of this request, and ask that the Court approve the proposed extension.

- 2 -

Respectfully,

*[signature]*

JOEL GRABER
Assistant Attorney General
Special Litigation Counsel

cc: (*via ECF*)

Eric P. Brown, Esq.
Jenner & Block LLP
**Attorney for Plaintiffs**

Stephen Kitzinger, Esq.
Assistant Corporation Counsel
New York City Law Department
**Attorney for New York City Defendants**