STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

DIRECT CONTACT:
JOEL.GRABER@AG.NY.GOV
(212) 416-8645
FAX (212) 416-6009

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

*VIA ECF*

February 10, 2011

Hon. Robert M. Levy
United States Magistrate Judge,
  Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

    **Re: NAACP v. N.Y. State Bd. of Elections**
        E.D.N.Y. 10 Civ. 2950 (FB)(RML)

Your Honor:

    We are writing pursuant to Your Honor's Individual Motion Practices § 1(E) to request a further extension of time to respond to plaintiffs' discovery motion concerning the State Board. State Board's response is now due February 11, and plaintiffs agree to a further extension to February 25. The parties continue to attempt to resolve discovery issues without the need for judicial intervention.

    We appreciate Your Honor's consideration of this request.

Respectfully,

*[signature]*

JOEL GRABER
Special Litigation Counsel

cc: (*via ECF*)

Eric P. Brown, Esq.
Jenner & Block LLP
**Attorney for Plaintiffs**

Stephen Kitzinger, Esq.
Assistant Corporation Counsel
New York City Law Department
**Attorney for New York City Defendants**