

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

DIRECT CONTACT:
JOEL.GRABER@AG.NY.GOV
(212) 416-8645
FAX (212) 416-6009

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

*VIA ECF*

February 25, 2011

Hon. Robert M. Levy
United States Magistrate Judge,
  Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

    Re:  **NAACP v. N.Y. State Bd. of Elections**
          E.D.N.Y. 10 Civ. 2950 (FB)(RML)

Your Honor:

    We are writing pursuant to Your Honor's Individual Motion Practices § 1(E) to request a further extension of time to respond to plaintiffs' discovery motion concerning the State Board of Elections. The State Board's response is now due February 25, and plaintiffs agree to a further extension to March 4. We regret burdening the Court with these short extensions. The parties continue to attempt to resolve discovery issues.

    We appreciate Your Honor's consideration of this request.

                                Respectfully,

                                JOEL GRABER
                                Special Litigation Counsel

cc: (*via ECF*)

Eric P. Brown, Esq.
Jenner & Block LLP
**Attorney for Plaintiffs**

Stephen Kitzinger, Esq.
Assistant Corporation Counsel
New York City Law Department
**Attorney for New York City Defendants**

Case 1:10-cv-02950-FB-RML   Document 20   Filed 02/25/11   Page 2 of 2 PageID #: 221