

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

DIRECT CONTACT:
JOEL.GRABER@AG.NY.GOV
(212) 416-8645
FAX (212) 416-6009

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

*VIA ECF*

March 18, 2011

Hon. Robert M. Levy
United States Magistrate Judge,
   Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

> Re: **NAACP v. N.Y. State Bd. of Elections**
>     E.D.N.Y. 10 Civ. 2950 (FB)(RML)

Your Honor:

   We are writing pursuant to Your Honor's Individual Motion Practices § 1(E) to request a further extension of time to respond to plaintiffs' discovery motion concerning the State Board of Elections. The State Board's response is now due on March 18, and plaintiffs agree to a further extension to April 1. We regret burdening the Court with short extensions. The parties continue to attempt to resolve discovery issues without the need for judicial intervention.

   We appreciate Your Honor's consideration of this request.

                                          Respectfully,

                                          [signature]

                                          JOEL GRABER
                                          Special Litigation Counsel

120 BROADWAY, NEW YORK N.Y  10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6009 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV

-2-

cc: (*via ECF*)

Eric P. Brown, Esq.
Jenner & Block LLP
**Attorney for Plaintiffs**

Stephen Kitzinger, Esq.
Assistant Corporation Counsel
New York City Law Department
**Attorney for New York City Defendants**