

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

**DIRECT CONTACT:**
JOEL.GRABER@AG.NY.GOV
(212) 416-8645
FAX (212) 416-6009

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

*VIA ECF*

April 29, 2011

Hon. Robert M. Levy
United States Magistrate Judge,
  Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

> **Re: NAACP v. N.Y. State Bd. of Elections**
>      E.D.N.Y. 10 Civ. 2950 (FB)(RML)

Your Honor:

I submit this letter pursuant to Your Honor's Individual
Motion Practices § 1(E) to request a further extension of time
to respond to plaintiffs' discovery motion. A response is now
due on April 29; plaintiffs agree to a further extension toMay
11. We regret burdening the Court with short extensions, as the
parties continue to attempt to avoid the need for judicial
intervention.

We appreciate Your Honor's consideration of this request.

Respectfully,

JOEL GRABER
Special Litigation Counsel

-2-

cc: (*via ECF*)

Eric P. Brown, Esq.
Jenner & Block LLP
**Attorney for Plaintiffs**

Stephen Edward Kitzinger, Esq.
Assistant Corporation Counsel
New York City Law Department
**Attorney for New York City Defendants**