

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

DIRECT CONTACT:
JOEL.GRABER@AG.NY.GOV
(212) 416-8645
FAX (212) 416-6009

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

*VIA ECF*

July 22, 2011

Hon. Robert M. Levy
United States Magistrate Judge,
  Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

> **Re: NAACP v. N.Y. State Bd. of Elections**
> E.D.N.Y. 10 Civ. 2950 (FB)(RML)

Your Honor:

I submit this letter pursuant to Your Honor's Individual Motion Practices § 1(E) to request a further extension of time to respond to plaintiffs' discovery motion. A response is now due on July 22; plaintiffs agree to an extension to August 5. We regret burdening the Court with short extensions, as the parties continue to attempt to avoid the need for judicial intervention.

We appreciate Your Honor's consideration of this request.

Respectfully,

JOEL GRABER
Special Litigation Counsel

-2-

cc: (*via ECF*)

Stephen L. Ascher, Esq.
Jenner & Block LLP
**Attorney for Plaintiffs**

Stephen Edward Kitzinger, Esq.
Assistant Corporation Counsel
New York City Law Department
**Attorney for New York City Defendants**