**JENNER&BLOCK**

February 8, 2012

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel 212-891-1600
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

VIA ECF AND FAX

Michael W. Ross
Tel (212) 891-1669
Fax (212) 909-0840
mross@jenner.com

Hon. Robert M. Levy
Magistrate Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *NAACP New York State Conference v. N.Y.S. Board of Elections*,
No. 10-cv-2950(FB)(RML) (E.D.N.Y.)

Dear Judge Levy,

On behalf of Plaintiffs, we respectfully submit this letter to advise the Court of the status of this matter with respect to settlement discussions with the State Defendants. We had anticipated that a settlement agreement would be memorialized between Plaintiffs and the State Defendants by today's date, and we can report that we have reached agreement with respect to the terms of a settlement. We now expect to be in a position to have a signed settlement by this Friday, February 10, 2012, and request an extension until that date to file a stipulation of settlement and request for dismissal with respect to the State Defendants. Plaintiffs have not reached an agreement with respect to the City Defendants.

We are grateful for the Court's patience, and we are happy to provide any further information the Court requests.

Sincerely,

*/s/ Michael W. Ross/*

Michael W. Ross

cc:   counsel of record (via ECF)