```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------X
NAACP NEW YORK STATE CONFERENCE,
as an organization and representative    :    10 Civ. 2950 (FB)(RML)
of its members, NATIONAL COALITION ON
BLACK CIVIC PARTICIPATION, as an         :
organization and representative of
its members, FAMILIES UNITED FOR         :
RACIAL AND ECONOMIC EQUALITY, as an
organization and representative of       :
its members, VIVIAN BOSIER,
ANITA BURSON, and SHEILA DUNCAN,
                                         :
              Plaintiffs,
                                         :
-against-
                                         :
NEW YORK STATE BOARD OF ELECTIONS,
JAMES A. WALSH, DOUGLAS A. KELLNER,      :
EVELYN J. AQUILA, and GREGORY P.
PETERSON, in their official              :
capacities as Commissioners of the
NEW YORK STATE BOARD OF ELECTIONS,       :
TODD D. VALENTINE and ROBERT A.
BREHM, in their official capacities      :
as Executive Directors of the New York
State Board of Elections, NEW YORK       :
CITY BOARD OF ELECTIONS, and JOSE
MIGUEL ARAUJO, NAOMI BARRERA, JULIE      :
DENT, NANCY MOTTOLA-SCHACHER, JUAN
CARLOS POLANCO, MICHAEL J. RYAN,         :
J.P SIPP, GREGORY C. SOUMAS, JUDITH
D. STUPP and FREDERIC M. UMANE,          :
in their official capacities as
Commissioners of the New York City       :
Board of Elections,
                                         :
              Defendants.
--------------------------------------------X
```

**STIPULATION OF SETTLEMENT,
GENERAL RELEASE AND ORDER OF DISMISSAL**

WHEREAS plaintiffs commenced this action against, *inter alia*, the New York State Board of Elections (the "State Board"); James A. Walsh, Douglas A. Kellner, Evelyn J. Aquila, and Gregory P. Peterson, in their official capacities as Commissioners of the State board; Todd D. Valentine and Robert A. Brehm, in their official capacities as Executive Directors of the State Board ("State defendants"), challenging, *inter alia*, their practice and procedure for handling overvotes under Section 2 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973;

WHEREAS plaintiffs and State defendants previously reached an agreement-in-principle to settle this matter and, accordingly, executed an Interim Standstill Agreement Pending Final Stipulation Of Settlement dated December 1, 2011 ("Interim Agreement");

WHEREAS counsel for plaintiffs and State defendants having conferred on the issue of reasonable attorneys' fees, expenses and costs, and reviewed applicable record evidence and documentation in support thereof; and

WHEREAS the parties desire to resolve this matter without the further expense, delay, inconvenience and uncertainty of protracted litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED as follows:

1.  Subject to the terms of this stipulation, this action is dismissed with prejudice as against State defendants.

2.  State defendants shall provide for the optical scan voting machines in use in the state to be upgraded so that each voter receives clear notice when the voter has overvoted. Specifically, the voting machines in use throughout New York State shall display the following overvote message, containing the exact language and substantially the same layout (the "Overvote Message"), as the overvote messages described in subparagraph 2a and 2b as follows:

   a.  For any overvote cast on a DS-200 voting machine, the voting machine shall display the overvote message contained in Appendix A attached hereto.

   b.  For any overvote cast on an ImageCast voting machine, the voting machine shall display the overvote message contained in Appendix B attached hereto.

3.  State defendants shall endeavor in good faith to ensure that all optical scan voting machines that are upgraded in accordance with paragraph 2 of this stipulation are certified for use as soon as reasonably possible. If the upgrading and certification processes are not completed by September 1, 2012, State defendants shall notify plaintiffs on that date.

4. Once the voting machines are upgraded in accordance with paragraph 2 above, and certified for use in accordance with paragraph 3 above, State defendants shall use their best efforts to direct the county boards of election, and the New York City Board of Elections, to implement the new Overvote Message as soon as practicable.

5. State defendants shall endeavor in good faith to have all optical scan voting machines upgraded in accordance with paragraph 2 above, certified in accordance with paragraph 3 above, and fully implemented in accordance with paragraphs 4 above, in time for the 2012 General Election.

6. State defendants will notify plaintiffs' counsel by September 1, 2012 if they are unlikely to implement the terms of paragraphs 2 through 5 of this stipulation in time for the 2012 General Election. In that situation, State defendants shall work with plaintiffs in good faith to develop a temporary, alternative method to notify voters about overvoting, in a form that is reasonably consistent with the Overvote Message, before and during the 2012 General Election.

7. Plaintiffs and State defendants acknowledge that the changes in voting procedures in New York State pursuant to this stipulation are subject to preclearance pursuant to

Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c. Both counsel for plaintiffs, the Brennan Center for Justice at New York University School of Law (the "Brennan Center"), and Jenner & Block LLP ("Jenner & Block"), agree not to seek attorneys' fees, expenses and costs in connection with Voting Rights Act § 5 preclearance, notwithstanding the payment set forth in paragraph 8 below. State defendants will submit an application for preclearance under Section 5 of the Voting Rights Act of 1965 to the United States Department of Justice within five (5) business days of this stipulation being so-ordered.

8. Within 120 days of receipt by counsel for State defendants of a copy of this fully executed stipulation so-ordered by this Court, State defendants shall pay co-counsel for plaintiffs the Brennan Center the sum of $71,000, and shall pay co-counsel for plaintiffs Jenner & Block the sum of $4,728.02.

9. The payments to be made pursuant to paragraph 8 above shall be in full satisfaction of all of plaintiffs' claims for attorneys' fees, expenses and costs in this action as against State defendants, with respect to both the Brennan Center and Jenner & Block, through and including the date that this stipulation is so-ordered.

10. Payment of the sums set forth in paragraph 8 is subject to the approval of all appropriate State officials pursuant to N.Y. Public Officers Law § 17.

11. Plaintiffs release and forever discharge State defendants, more specifically, the State Board (including but not limited to any units, subdivisions or bureaus thereof), and all individually-named State officials in their individual and official capacity, as well as their present, future and former agents, from any and all claims that were brought in this action under Section 2 of the Voting Rights Act, 42 U.S.C. § 1973(a), or that could have been brought at the time this action was filed to challenge the overvote message in use in New York under 42 U.S.C. §§ 1983, 1988, 2201 and 2202; the N.Y. Election Law; the New York State Code of Rules & Regulations; and the United States Election Assistance Commission's Voluntary Voting System Guidelines. Plaintiffs and their counsel hereby release the State defendants from any and all claims for attorneys' fees, expenses and costs arising in connection with this action and incurred through and including the date this stipulation is so-ordered.

12. Nothing herein shall constitute an admission by any State defendant of any act or omission by any such State defendant that deprived plaintiffs of any right, or

of failing to perform any duty, under the constitutions, statutes, rules, regulations or other laws of the United States or the State of New York.

Dated: New York, New York
February 10, 2012

BRENNAN CENTER FOR JUSTICE
AT NEW YORK UNIVERSITY
SCHOOL OF LAW
**Attorneys for Plaintiffs**
By:

_____
WENDY WEISER, ESQ.
LAWRENCE NORDEN, ESQ.
161 Avenue of the Americas,
 12th Floor
New York, NY 10013
(212) 998-6730

Dated:      New York, New York    JENNER & BLOCK LLP
            February 10, 2012     **Attorneys for Plaintiffs**
                                  By:

                                  _____
                                  STEPHEN L. ASCHER
                                  MICHAEL W. ROSS
                                  919 Third Ave., 37th Floor
                                  New York, NY 10022
                                  (212) 891-1600

Dated:   New York, New York     ERIC T. SCHNEIDERMAN
         February 10, 2012      Attorney General of the
                                 State of New York
                                **Attorney for State Defendants**
                                By:

                                _____
                                LISA R. DELL
                                JOEL GRABER
                                Assistant Attorneys General
                                120 Broadway – 24th Floor
                                New York, NY 10271-0332
                                (212) 416-8645
                                FAX (212) 416-6009


Dated:   Brooklyn, New York
         February __, 2012


SO ORDERED:


_____
U.S.D.J.

- 9 -

# Appendix A

**Page 1 of 2**

**You filled in too many ovals in 6 contests**
**These votes will not count:**

| In the contest for | You chose | You are allowed |
|---|---|---|
| **Governor/Lt Governor** | 3 candidates | 1 |
| **Representative in Congress** | 2 candidates | 1 |
| **State Senator** | 2 candidates | 1 |

There are 3 other errors on this ballot.  To proceed, press Next.

Next

### Page 2 Of 2

**You filled in too many ovals in 3 more contests**
**These votes will not count:**

| In the contest for | You chose | You are allowed |
|---|---|---|
| **Town Supervisor** | 3 candidates | 1 |
| **Town Clerk** | 2 candidates | 1 |
| **Member of Town Council** | 5 candidates | 4 |

**Previous**

Press Previous to go back

| **Return your ballot** | **Ignore message. Cast ballot** |
|---|---|
| Press RETURN to get your ballot back and ask an inspector for a new one. | Ignore this message and cast your ballot with votes that will not count. |
| **Return** | **Cast** |

### 03/08/2011 03:47:00pm

**You filled in too many ovals in 3 contests**
**These votes will not count:**

| In the contest for | You chose | You are allowed |
|---|---|---|
| **Governor/Lt Governor** | 3 candidates | 1 |
| **Representative in Congress** | 2 candidates | 1 |
| **State Senator** | 2 candidates | 1 |

**Return your ballot**
Press RETURN to get your ballot back and ask an inspector for a new one.

**Ignore message, Cast ballot**
Ignore this message and cast your ballot with votes that will not count.

Return

Cast

# Appendix B



1 of 4





3 of 4



4 of 4



1 of 2



2 of 2